UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00425-CMA-NRN

HAILEY DOUGLAS

And

MORGAN JOHNSON

Plaintiffs,

v.

RH CHERRY CREEK, LLC d/b/a SONIC DRIVE-IN

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties jointly stipulate to the dismissal of this action with prejudice, each party to bear his, her, or its own fees and costs related to this action.

DATED this 1st day of July 2021.

**HKM EMPLOYMENT ATTORNEYS, LLP**      **FISHER & PHILLIPS LLP**

*/s/ Jesse K. Fishman*                                     */s/ Danielle S. Urban*

| | |
|---|---|
| Jesse K. Fishman | Danielle S. Urban |
| Claire E. Hunter | Fisher & Phillips LLP |
| HKM Employment Attorneys LLP | 1125 17th Street, Suite 2400 |
| 730 17th Street, Suite 750 | Denver, Colorado 80202 |
| Denver, Colorado 80202 | Telephone: (303) 218-3654 |
| Telephone: (720) 668-8969 | durban@fisherphillips.com |
| swoods@hkm.com | ***Attorneys for Defendant*** |
| chunter@hkm.com | |
| ***Attorneys for Plaintiff*** | |

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2021, a true and correct copy of the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** was filed with the Court and served via CM/ECF on the following:

Danielle S. Urban
Fisher & Phillips LLP
1125 17th Street, Suite 2400
Denver, Colorado 80202
Telephone: (303) 218-3654
durban@fisherphillips.com
***Attorneys for Defendant***

          */s/ Molly Day*
          Molly Day